**United States District Court**
**Western District of Texas**
**Waco Division**

| | |
|---|---|
| ANNE BARLOW AND JOY RADABAUGH,<br><br>*Plaintiffs*<br><br>v.<br><br>TYLER GREGORY OKONMA A/K/A TYLER, THE CREATOR, GOLF LE FLEUR, LLC, LOUIS VUITTON USA, INC., AND CONVERSE INC.<br><br>*Defendants* | CASE NO. ________________ |

## Plaintiffs' Original Complaint

Plaintiffs Anne Barlow and Joy Radabaugh (collectively, "Plaintiffs") by and through their undersigned counsel, bring this Complaint against Defendants Tyler Gregory Okonma a/k/a Tyler, the Creator ("Tyler"), Golf le Fleur, LLC ("GLF"), Louis Vuitton USA, Inc. ("LV"), and Converse Inc. ("Converse")(collectively, "Defendants") for copyright infringement and allege to the Court as follows:

## INTRODUCTION

Joy Radabaugh, a long-time animal photographer, photographed Anne Barlow's beloved Airedale Terrier "Bliss" in the middle of a jump:



Barlow and Radabaugh are the joint owners of the copyrighted photograph in which this depiction of Bliss appears. Recently, Plaintiffs were shocked to discover their copyrighted photograph was reproduced and distributed without authorization by Tyler, a renowned rapper, in connection with his own luxury lifestyle brand, GLF, and in commercial collaborations with LV and Converse. The original copyrighted photograph is pictured below on the far left, followed by infringing copies on merchandise sold by GLF, Converse, and LV, respectively:







At no point did Defendants seek permission from Plaintiffs to use the copyrighted photograph. And Defendants have derived significant commercial profit from its use. Hence, Plaintiffs bring this action.

## PARTIES

1. Plaintiff Joy Radabaugh is an individual residing in Spring, Texas.

2. Plaintiff Anne Barlow is an individual residing in Georgetown, Texas.

3. On information and belief, Defendant Tyler Gregory Okonma a/k/a Tyler, the Creator is an individual residing in California.

4. On information and belief, Defendant Golf le Fleur, LLC is a Delaware limited liability company that may be served through its registered agent: eResidentAgent, Inc. at 9000 Sunset Boulevard, Suite 1260, West Hollywood, California 90069.

5. On information and belief, Defendant Louis Vuitton USA, Inc. is a Delaware corporation registered to do business in the State of Texas and may be served through its registered agent: Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

6. On information and belief, Defendant Converse Inc. is a Delaware corporation registered to do business in the State of Texas and may be served through its registered agent: United Agent Group Inc. at 5444 Westheimer Road, Suite 1000, Houston, Texas 77056.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Tyler and GLF, at least because they have conducted significant business activities in, and directed to, the State of Texas. In addition to marketing and selling their infringing goods to Texas residents via the GLF website, Tyler and GLF market and sell the infringing goods to Texas residents through collaborations with authorized Texas retailers, LV and Converse. When Tyler and GLF placed the infringing products into the stream of commerce with the specific intent or knowledge that said infringing products would be used in Texas, they purposefully availed themselves of the rights and benefits of Texas. Defendant Tyler has also regularly performed concerts in Texas, including in this District.[1] On information and belief, Tyler and GLF have sold infringing merchandise through these events. Thus, Tyler and GLF have established minimum contacts with the State of Texas and are subject to this Court's jurisdiction.

10. LV imports, promotes, offers to sell, sells, and distributes infringing goods on its website. LV purposefully availed itself of the rights and benefits of Texas by advertising infringing goods to Texas residents, delivering those infringing goods into the stream of commerce with the specific intent that they would be purchased or used by consumers in Texas, and conducting substantial business in this forum, including: (i) at least a portion of the infringements alleged herein;

---

1 In recent years, Tyler has performed in the following shows in Texas: Austin, Texas on Sunday, Oct. 3, and Sunday, Oct. 10, 2021; El Paso on Wednesday, Feb. 14, 2022; Dallas on Wednesday, Feb. 16, 2022; Houston on Sunday, Mar. 27, 2022; Austin on Sunday, Oct. 6, 2024 and Sunday, Oct. 13, 2024; Austin on Saturday, Mar. 15 and Sunday, Mar. 16, 2025 at the Moody Center; Dallas on Monday, Mar. 17 2025; and Austin on Wednesday, Mar. 19, 2025.

and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from infringing goods provided to individuals in Texas and in this district. On information and belief, LV has sold infringing goods into Texas, targeting residents of Texas and generating profits from the sales of infringing goods to Texas residents. Thus, LV has established minimum contacts with the State of Texas and is subject to this Court's jurisdiction.

11. Converse imports, promotes, offers to sell, sells, and distributes infringing goods on its website. Converse purposefully availed itself of the rights and benefits of Texas by advertising infringing goods to Texas residents, delivering those infringing goods into the stream of commerce with the specific intent that they would be purchased or used by consumers in Texas, and conducting substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from infringing goods provided to individuals in Texas and in this district. On information and belief, Converse has sold infringing goods into Texas, targeting residents of Texas and generating profits from the sales of infringing goods to Texas residents. Thus, Converse has established minimum contacts with the State of Texas and is subject to this Court's jurisdiction.

12. Venue is proper in this district under 28 U.S.C § 1391(b),(c) and § 1400(a) because a substantial portion of the events or omissions giving rise to Plaintiffs' claims—including, the marketing and distribution of infringing goods—occurred in this district.

## BACKGROUND

### 1. Anne Barlow and her passion for Airedale Terriers.

13. Airedale Terriers are among the world's most versatile dog breeds, known for their strength, size, and spirit, and have earned themselves the nickname "The King of Terriers." The Airedale Terrier breed has a long history, having been recognized as an official American Kennel Club breed since 1888.

14. Plaintiff Anne Barlow is an award-winning owner and breeder of Airedale Terriers.

Barlow got her first Airedale in 1980, which quickly cemented her love for the breed. That same year, Barlow began operating her award-winning and American Kennel Club-recognized kennel, Spindletop Airedale Terriers ("Spindletop"), through which Barlow breeds and showcases Airedales in competitions throughout the country. Since Spindletop's inception, the kennel has competed in countless dog shows and garnered widespread recognition within the dog show community.

15. Barlow has held numerous leadership roles in the Airedale Terrier Club of America ("ATCA"), among other kennel-clubs, and served as a founding member and past President of the Lone Star Airedale Terrier Club, a Texas-based membership club for Airedale enthusiasts. After a successful career as a financial analyst, Barlow devoted herself more fully to her passion by opening Countryside Pet Resort, a premier boarding center for dogs and cats.

16. While Barlow enjoys caring for every breed that enters her boarding center, she has always maintained a particular fondness for Airedales—especially her family dog, Bliss. In addition to being a successful show dog, Bliss acted as Barlow's companion dog around her property for many years. Most significantly, Bliss remained a loyal companion to Barlow for the duration of Bliss's life.

**2. Joy Radabaugh and her devotion to animal photography.**

17. Plaintiff Joy Radabaugh is a retired animal photographer who has maintained a lifelong love for animals.

18. This trait, which Radabaugh adopted from her own mother, manifested at an early age, with Radabaugh's elementary school classmates referring to her as the "Animal Lady." Radabaugh also inherited an artistic side from her father, who was a wedding photographer. Although Radabaugh was initially ambivalent about following in her father's creative footsteps, everything changed when she began working on a horse ranch, where she felt an irresistible urge to capture the beauty of the horses. The horse owners insisted on purchasing Radabaugh's photos, which prompted Radabaugh's decision to explore this newfound interest in animal photography.

19. Radabaugh founded a photography business, Critter Pictures, which she ran

alongside working a full-time job. In 1993, Radabaugh took a leap of faith and began running Critter Pictures full-time, completely dedicating herself to capturing the essence of animals through her lens and providing customers with treasured memories of their animals. As part of her business, Radabaugh attended many animal shows, including dog shows, where she photographed the competing animals.

20. Over the years, Radabaugh has encountered instances in which clients and other individuals made infringing use of her photographs. These instances, however, consisted of individuals sharing copies of her work for personal use and enjoyment. On information and belief, Radabaugh has never dealt with an individual attempting to use her work for personal profit until now.

### 3. The original Airedale Terrier photograph.

21. In July 1997, Radabaugh was the photographer for a dog agility show attended by Barlow and her Spindletop kennel. There, Radabaugh photographed Bliss jumping a hurdle in an agility competition.[2]



**Fig. 1**

22. Barlow purchased this photograph (the "Airedale Work") from Radabaugh after

[2] *See* Fig. 1.

the show and has kept it ever since. Barlow displayed the photograph on her bedside nightstand for years, serving as a constant reminder of Bliss's loyalty and companionship even after Bliss's passing.

23. In 2000, a copy of the Airedale Work was included in a 100-year anniversary edition ATCA publication. And Barlow has also published the Airedale Work online.

24. Plaintiffs jointly own the Airedale Work and have received a certificate of registration from the U.S. Copyright Office—Registration No. VA 2-441-727 with an effective registration date of April 30, 2025, for the Airedale Work.[3]

25. Plaintiffs' Airedale Work is protected by copyright.

**4. Tyler, the Creator, Golf le Fleur, and the first infringing use of the Airedale Work.**

26. Defendant Tyler Gregory Okonma is an American rapper, songwriter, singer, producer, and fashion designer professionally known as Tyler, the Creator. Tyler has been active in the music industry for nearly two decades and has amassed a large following of fans, which opened the door to non-music ventures. Indeed, Tyler has become a significant fashion icon with his clothing ventures, Golf Wang and Le Fleur, and has collaborated with some of the most well-known fashion companies in the world, including Louis Vuitton and Converse.

27. The Golf le Fleur clothing collection was introduced at a Golf Wang fashion show in 2016, with the original collection named and styled "GOLF le FLEUR."[4] The collection began as a collaboration with Converse and served as a successor to Tyler's previous collaboration with Vans.[5] In December 2021, the Golf le Fleur brand branched away from Golf Wang into a standalone luxury lifestyle and apparel brand.[6]

---

[3] Exhibit 1, Certificate of Registration.

[4] *See* Rachel Marlowe, *Tyler, the Creator's First Fashion Show Was Just as Epic as We Expected*, VOGUE (June 13, 2016) https://www.vogue.com/article/tyler-the-creator-fashion-show-los-angeles.

[5] *See* Juliette Eleuterio, *Culted 101: Tyler, the Creator's Cultural Takeover with Golf le Fleur**, CULTED, https://culted.com/culted-101-tyler-the-creators-cultural-takeover-with-golf-le-fleur/ (last visited May 15, 2025).

[6] *See id.*

28. Tyler has long been an avid fan of Airedale Terriers, believing their style and appearance best encapsulate the GLF brand. In recent years, Tyler has incorporated them into his music videos and clothing line. One Airedale in particular, Darryl, is regarded as the unofficial mascot for Tyler's music and designs.

29. On information and belief, Airedales made their first appearance with Tyler in his music video for his track "Dogtooth," released in March 2023.[7] In the video, Tyler can be seen wearing a Golf le Fleur shirt printed with a graphic copy ("Infringing Work") of the Airedale Work.[8]




**Fig. 2**

30. Airedale Terrier dogs are also featured throughout the music video.[9]

---

[7] *See* Samvid Patra, *Tyler, the Creator Drops New Music Video Song "Dogtooth," Announce New Album, "Call Me If You Get Lost: The Estate Sale,"* SIACHEN STUDIOS (Mar. 27. 2023) https://siachenstudios.com/news/tyler-the-creator-song-dogtooth/.

[8] *See* Fig. 2; Tyler, the Creator, *Dogtooth*, YOUTUBE, at 1:53 (Mar. 27, 2023) https://youtu.be/2TVXi_9Bvlg?si=5ctUrNXS_ItXDagv.

[9] *See* Fig. 3; Tyler, the Creator, *Dogtooth*, YOUTUBE, at 2:00.



**Fig. 3**

**5. The Infringing Work and Infringement by Tyler and GLF.**

31. Since the GLF product line's first introduction, the Infringing Work has been prominently used on GLF merchandise.[10]




**Fig. 4**

[10] *See* Figs. 4–6; *Darryl Hoodie Green*, LE FLEUR, https://golflefleur.com/collections/shop-all/products/darryl-hoodie-green (last visited May 12, 2025); LE FLEUR, https://golflefleur.com (last visited May 12, 2025).



**Fig. 5**



**Fig. 6**

32. The Infringing Work is also displayed prominently on the bottom of the GLF website, thereby cementing the Airedale's status as the brand's mascot.[11]

[11] *See* Fig. 7; LE FLEUR, https://golflefleur.com (last visited May 12, 2025).



**Fig. 7**

**6. Continued Infringement in Collaborations with Louis Vuitton and Converse.**

33. Tyler and GLF have also collaborated with LV and Converse, leading to more infringing copies of the Airedale Work in the marketplace. LV is one of the oldest and most well-known fashion houses in the world, with its beginnings dating back to 1837. LV is known for its staple luxury items, including handbags, jewelry, and ready-to-wear items, as well as for partnering and collaborating with fashion icons.

34. LV, Tyler, and GLF announced a Spring 2024 collection that heavily featured the Infringing Work on LV bags and accessories.[12]

[12] *See* Figs. 8–10; *Pocket Organizer*, LOUIS VUITTON, https://eu.louisvuitton.com/eng-e1/products/pocket-organizer-monogram-other-nvprod5240050v/M83337 (last visited May 14, 2025); *Louis Vuitton and Pharrell Williams tap Tyler, the Creator for Spring 2024 Men's Capsule Collection*, LVMH (Mar. 21, 2024) https://www.lvmh.com/en/news-lvmh/louis-vuitton-and-pharrell-williams-tap-tyler-the-creator-for-spring-2024-mens-capsule-collection; *Monogram Craggy 40mm Reversible Belt*, LOUIS VUITTON, https://eu.louisvuitton.com/eng-e1/products/monogram-craggy-40mm-reversible-belt-nvprod5240003v/M8650T (last visited Apr. 30, 2025).



**Fig. 8**



**Fig. 9**

**Fig. 10**

35. Converse, another popular brand, is known for its Converse All Stars, or Chuck Taylors. As a part of Converse's efforts to keep their shoe brand popular, they have collaborated with various musical and fashion icons, such as Tyler.

36. The Infringing Work was used in collaboration with Tyler, GLF, and Converse. One of the more recent collaborations with Converse involved the "GOLF le FLEUR* Darryl Converse Chuck 70," which was released in November 2024.[13]

[13] *See* Figs. 11–12; Gabe Filippa, *Tyler, the Creator reveals five-pack of Darryl Converse Chuck 70s*, SNEAKER FREAKER, https://www.sneakerfreaker.com/releases/tyler-the-creator-golf-le-fleur-darryl-converse-chuck-70-price-buy-release-date/ (last visited May 6, 2025); *Converse x GOLF le FLEUR* Darryl Chuck 70*, CONVERSE, https://www.converse.co.th/converse-x-golf-le-fleur-darryl-chuck-70-a11678cm-f4blxx.html (last visited May 16, 2025).



**Fig. 11**




**Fig. 12**

37. Converse still markets the collaboration with the Infringing Work on its website.[14]

[14] *See* Fig. 13; *CONVERSE x GOLF WANG*, CONVERSE, https://www.converse.com/shop/tyler-the-creator?cp=PSH_PRF_CNV_NA_Google_US---GOOGLE---SEARCH---BRAND---SHOES---COLLECTIONS_ADGROUP-ID_KEYWORD-ID&gad_source=1&gclid=Cj0KCQjwna6_BhCbARIsALId2Z10w7-GYG4BAsQ5PA8NumxCQ6lKKwhgyY93I89F8z4432qOrQkUclAaAqYAE-ALw_wcB&gclsrc=aw.ds (last visited May 7, 2025).




**Fig. 13**

38. The extensive list of Defendants' Infringing Work includes far more examples than what has been provided herein.

39. In late 2024, Plaintiffs learned of Defendants' Infringing Work.

40. Plaintiffs never gave Defendants permission or authority to copy, distribute, or display the Airedale Work at issue in this case.

41. After Defendants copied the Airedale Work, they distributed the Infringing Work on the internet to promote the sale of goods and as part of their regular business activities.

42. Each one of the Defendants have committed acts of infringement of the Airedale Work.

## COPYRIGHT INFRINGEMENT

43. Plaintiffs incorporate by reference the preceding paragraphs.

44. Plaintiffs own the right, title, and interest in the Airedale Work registered under Reg. No. VA 2-443-727.

45. Plaintiffs have complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the copyright in the Airedale Work, and have received the appropriate Certificate of Registration from the U.S. Copyright Office, which

constitutes prima facie evidence of the validity of their copyright and the facts stated in the certificates.

46. Defendants have never sought, and Plaintiffs has never granted Defendants, any license to use or reproduce the Airedale Work.

47. On information and belief, before the Infringing Work arose, Defendants had access to and were exposed to the Airedale Work.

48. There are striking similarities between the Airedale Work and the Infringing Work.

49. By creating, manufacturing, advertising, distributing, offering for sale, and selling merchandise with the Infringing Work, Defendants have infringed Plaintiffs' copyright.

50. Defendants have unlawfully derived, and will continue to derive, income and profits from their infringement, and Plaintiffs have sustained, and will continue to sustain, substantial injury, loss, and damage.

51. As a direct and proximate result of Defendants' acts of copyright infringement, Plaintiffs are entitled to actual damages and Defendants' profits under 17 U.S.C. § 504(b).

52. Defendants' conduct is causing and, unless permanently enjoined by this Court, will continue to cause irreparable injury to Plaintiffs. Under 17 U.S.C. § 502, Plaintiffs are entitled to permanent injunctive relief prohibiting Defendants from continuing to infringe the Airedale Work.

## DAMAGES

53. Plaintiffs incorporate by reference the preceding paragraphs.

54. Plaintiffs are entitled to actual damages and any additional profits of Defendants, at least under 17 U.S.C. § 504(b).

55. Plaintiffs are entitled to recover their costs under 17 U.S.C. § 505.

56. Plaintiffs are also entitled to permanent injunctive relief under 17 U.S.C. § 502.

## DEMAND FOR JURY TRIAL

57. Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully requests that this Court enter an Order and Judgment against Defendants as follows:

a. All equitable and legal relief requested herein;

b. A permanent injunction to prevent continued infringement;

c. Actual damages and Defendants' profits;

d. Costs;

e. Pre-judgment and post-judgment interest; and

f. All other relief Plaintiffs are entitled to.

May 21, 2025

Respectfully submitted,

**GRIFFITH BARBEE PLLC**

/s/ *Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Plaintiffs**